UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
GREENWICH INSURANCE COMPANY,                                   :
:
                        Plaintiff,                    :
:
    -v-                                                        :
:
OCEANA CONDOMINIUM NO. 50,                                     :
:
                        Defendant.                    :
:
---------------------------------------------------------------X     24 Civ. 9115 (JPC)
:
OCEANA CONDOMINIUM NO. 50,                                     :         ORDER
:
                        Third-Party Plaintiff,        :
:
    -v-                                                        :
:
FIRST FIDELITY BROKERAGE, INC. and THE                         :
OCEANA HOMEOWNERS ASSOCIATION, INC.,                           :
:
                        Third Party Defendants.       :
:
---------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On May 12, 2025, Defendant and Third-Party Plaintiff Oceana Condominium No. 50 served Third-Party Defendant The Oceana Homeowners Association, Inc., (The "HOA") with copies of the Summons and Third-Party Complaint. Dkt. 29. The HOA's deadline to respond to the Third-Party Complaint was therefore June 2, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Third-Party Complaint from the HOA. Accordingly, the Court extends *sua sponte* the HOA's deadline to respond to the Third-Party Complaint until July 21, 2025. If the HOA once again fails to respond to the Third-Party Complaint by its deadline to do so, Oceana Condominium No. 50 shall seek a Certificate of Default by July 28, 2025.

Oceana Condominium No. 50 is directed to mail a copy of this Order by First Class Mail to the address at which the HOA was served with the Summons and Third-Party Complaint.

SO ORDERED.

Dated: June 4, 2025
New York, New York

                                        JOHN P. CRONAN
                                        United States District Judge