

| | |
|---|---|
| ATTORNEYS AT LAW<br>341 CONKLIN STREET<br>FARMINGDALE, NY  11735<br><br>TELEPHONE   516-586-8513<br>FACSIMILE    516-586-8517<br>www.cmlawfirm.com | CALIFORNIA<br>FLORIDA<br>GEORGIA<br>INDIANA<br>NEW JERSEY<br>NEW YORK<br>PENNSYLVANIA<br>WASHINGTON<br><br>WRITER'S DIRECT ACCESS<br>kmitchell@cmlawfirm.com |

August 7, 2025

*Via ECF and Email (CronanNYSDCHambers@nysd.uscourts.gov)*
Honorable John P. Cronin
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY  10007

        **RE: Greenwich Ins. Co. v. Oceana Condominium 50, et. al.**
        **Case 1:24-cv-09115-JPC**

Dear Hon. Judge Cronan:

      This office represents the interests of the Third-Party Defendant The Oceana Homeowners Association ("HOA") in the above-referenced action. We write with consent of all parties, pursuant to your individual Rules 1(A) and 3(B),  to request either (1) a stay of the instant declaratory judgment action to allow a resolution of the motion to dismiss filed by The Residential Board of Oceana Condominium 50 ("the Residential Board") in the underlying state court action titled Hali Gilman-Mancuso and All Others v. Brighton 50, LLC, et. al., Index No. 507728/2024, in the Supreme Court Kings County; or alternatively (2) an adjournment or extension of the parties' briefing schedule in response to Third-Party Defendant First Fidelity Brokerage, Inc.'s motion to dismiss. See ECF Doc. Nos. 38 and 39.

      **Request for Stay**

      The Court is well aware of facts of this declaratory judgment action and the underlying state court action. The Residential Board filed a motion to dismiss the state court action, which was returnable in the Supreme Court Kings County on August 6, 2025. Today, the court issued an order granting the motion to dismiss.

      Accordingly, the **parties have agreed to request**, in the interests of judicial economy and the interests of justice, that the Court issue **a temporary stay of sixty (60) days** while to allow the parties the opportunity to evaluate whether a resolution of the instant action can be reached.

{SECURE Firm/70027/00013/MOTIONS/03927723.DOCX }

4924-9333-7179, v. 2

CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP
August 7, 2025
2 | P a g e

### Request for Adjournment

Alternatively, if the Court does not want to stay this case, the parties respectfully request a sixty (60) day adjournment of all deadlines set forth in the Court's Memo Endorsement of Third-Party Defendant First Fidelity's letter to the Court dated July 7, 2025.

(1) The original dates set forth in the Memo Endorsement are as follows:
   a. First Fidelity may file its proposed motion by July 21, 2025—**First Fidelity has done so**.
   b. Any opposition shall be filed by August 11, 2025.
   c. Any Reply to be filed by August 25, 2025.

The Parties respectfully request the following briefing schedule:
- Any opposition to be filed by **October 10, 2025.**
- Any reply to be filed by **October 24, 2025.**

(2) The parties request the extension to allow the parties to evaluate the impact of the order granting Defendant The Residential Board's motion to dismiss the state court action. We also request the extension to allow the parties to gather information and documents necessary to oppose First Fidelity's motion to dismiss.

(3) There are no previous requests for any adjournments or extensions in connection with First Fidelity's motion to dismiss

(4) All parties consent to the adjournment

We thank your Honor in advance for considering our request.

Very truly yours,
CRUSER, MITCHELL, NOVITZ,
SANCHEZ, GASTON & ZIMET, LLP

*Kyle Mitchell*

Kyle M. Mitchell, Esq.

cc: All Parties Via ECF

The request is granted. This case is stayed pending further order of the Court. The parties shall submit a joint letter updating the Court on the status of this case no later than October 7, 2025.

SO ORDERED
August 8, 2025                                      _____
New York, New York                                  JOHN P. CRONAN
                                                    United States District Judge

{SECURE Firm/70027/00013/MOTIONS/03927723.DOCX }

4924-9333-7179, v. 2